

## Claims Register as of 10/4/2021
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 330 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | Los Angeles | CA | 90026 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 344 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 367 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |



## Claims Register as of 10/4/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 367 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 344 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 330 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | Los Angeles | CA | 90026 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |